IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

09 AUG 10 AM 11:00

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV179 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| 2002 Chevrolet Silverado 2500 Pickup, | ) | |
| VIN 1GCHK29G32E131955, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS _10_ day of August, 2009, this matter comes on before the Court on the

Plaintiff's Motion for Dismissal (Filing No. __). The Court being duly advised in the premises,

finds the Motion should be sustained.

IT IS THEREFORE ORDERED as follows:

1.   The Plaintiff's Motion for Dismissal is sustained.

2.   The United States Marshals Service is directed to return the Defendant vehicle to
     Robert Flack or his authorized representative.

**BY THE COURT:**

**JOSEPH F. BATAILLON**
**Chief United States District Judge**